DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice* application forthcoming
LAW OFFICES OF CHARLES M. TEBBUTT, P.C.
941 Lawrence Street
Eugene, Oregon 97401
Telephone:    (541) 344-3505
Facsimile:     (541) 344-3516
dan@tebbuttlaw.com

RACHEL S. DOUGHTY (California State Bar No. 255904)
CHRISTIAN R. BUCEY (California State Bar No. 341921)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
Telephone:    (510) 900-9502
Facsimile:     (510) 900-9502
rdoughty@greenfirelaw.com
cbucey@greenfirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Case No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

**PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff US Right to Know discloses that it has no parent corporation, and no publicly-held corporation holds 10 percent or more of its stock.

DATED: July 28, 2022.

By:    /s/ Rachel S. Doughty
RACHEL S. DOUGHTY (California State Bar No. 255904)
CHRISTIAN R. BUCEY (California State Bar No. 341921)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
Telephone:    (510) 900-9502 x2
Facsimile:    (510) 900-9502
rdoughty@greenfirelaw.com
cbucey@greenfirelaw.com

DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice* application forthcoming
LAW OFFICES OF CHARLES M. TEBBUTT, P.C.
941 Lawrence Street
Eugene, Oregon 97401
Telephone:    (541) 344-3505
Facsimile:    (541) 344-3516
dan@tebbuttlaw.com

Attorneys for Plaintiff US RIGHT TO KNOW