1  STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2  MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3  SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36045
5        San Francisco, California 94102
        Telephone: (415) 436-7200
6        Facsimile: (415) 436-7234
        savith.iyengar@usdoj.gov
7
Attorneys for Defendant
8  U.S. DEPARTMENT OF STATE

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12  US RIGHT TO KNOW,                    ) No. 4:22-cv-04359-KAW
                                         )
13          Plaintiff,                   )
                                         )
14      v.                               ) **ANSWER OF DEFENDANT UNITED STATES**
                                         ) **DEPARTMENT OF STATE**
15  UNITED STATES DEPARTMENT OF          )
    STATE,                               )
16                                       )
                                         )
17          Defendant.                   )
                                         )
18  _____  )

19
20          Defendant United States Department of State ("Defendant"), by and through counsel,

21  respectfully responds to the Complaint for Declaratory and Injunctive Relief filed by plaintiff US Right

    to Know ("Plaintiff"), ECF No. 1 ("Complaint"), as follows:[1]

22                            **INTRODUCTION**

23          1.      The allegations contained in Paragraph 1 constitute Plaintiff's characterization of this

24  action brought pursuant to the Freedom of Information Act ("FOIA") and their reasons for bringing this

25  action, to which no response is required.  To the extent any further response is required, Defendant
26

27  _____
        [1] The headings and numbered paragraphs of this Answer correspond to the headings and
28  numbered paragraphs of the Complaint.  Defendant does not waive any defensive theory or agree or
    admit that Plaintiff's headings are accurate, appropriate, or substantiated.

admits that Plaintiff purports to bring this action under FOIA.

2.      Paragraph 2 consists of Plaintiff's characterization of this action and legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

3.      The allegations contained in Paragraph 3 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required. To the extent any further response is required, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 3, and on that basis denies them.

4.      The allegations contained in Paragraph 4 consist of Plaintiff's characterization of its request for relief, to which no response is required. To the extent any further response is required, Defendant denies those allegations and denies that Plaintiff is entitled to any relief.

## JURISDICTION AND VENUE

5.      Paragraph 5 contains Plaintiff's legal conclusions regarding jurisdiction, to which no response is required. To the extent any response is required, Defendant admits that this Court has subject matter jurisdiction over FOIA claims subject to the terms and limitations of FOIA.

6.      Paragraph 6 contains Plaintiff's legal conclusions regarding jurisdiction, to which no response is required. To the extent any response is required, Defendant admits that this Court has subject matter jurisdiction over FOIA claims subject to the terms and limitations of FOIA.

## INTRADISTRICT ASSIGNMENT

7.      Paragraph 7 contains Plaintiff's legal conclusions regarding intradistrict assignment, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the cited provision and denies all allegations inconsistent therewith. With respect to the remaining allegations of Paragraph 7, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of those allegations, and on that basis denies them.

8.      Paragraph 8 contains Plaintiff's legal conclusions regarding jurisdiction, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to

the cited provision of FOIA and denies all allegations inconsistent therewith.

9.   Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegation contained in Paragraph 9, and on that basis denies it.

10.   Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegation contained in Paragraph 10, and on that basis denies it.

11.   Paragraph 11 contains Plaintiff's legal conclusions regarding intradistrict assignment, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the cited provision and denies all allegations inconsistent therewith.  With respect to the remaining allegations of Paragraph 11, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of those allegations, and on that basis denies them.

## PARTIES

12.   Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 12, and on that basis denies them.

13.   With respect to Paragraph 13, Defendant admits that the United States Department of State is a department within the United States executive branch.

14.   With respect to Paragraph 14, Defendant admits that the United States Department of State is a federal agency within the meaning of FOIA.  The remainder of this paragraph contains Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the cited provision of FOIA and denies all allegations inconsistent therewith.

## LEGAL FRAMEWORK

15.   Paragraph 15 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and denies all allegations inconsistent therewith.

16.   Paragraph 16 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and denies all allegations inconsistent therewith.

17.   Paragraph 17 contains Plaintiff's legal conclusions regarding the provisions of FOIA and

Defendant's regulations governing the availability of information to the public, to which no response is required. To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

18.    Paragraph 18 contains Plaintiff's legal conclusions regarding the provisions of FOIA and Defendant's regulations governing the availability of information to the public, to which no response is required. To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

19.    Paragraph 19 contains Plaintiff's legal conclusions regarding the provisions of FOIA and Defendant's regulations governing the availability of information to the public, to which no response is required. To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

20.    Paragraph 20 contains Plaintiff's legal conclusions regarding the provisions of FOIA and Defendant's regulations governing the availability of information to the public, to which no response is required. To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

21.    Paragraph 21 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required. To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

22.    Paragraph 22 contains Plaintiff's legal conclusions regarding the provisions of FOIA and Defendant's regulations governing the availability of information to the public, to which no response is required. To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

23.    Paragraph 23 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required. To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

24.    Paragraph 24 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required. To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

25.     Paragraph 25 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

26.     Paragraph 26 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

27.     Paragraph 27 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

28.     Paragraph 28 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

29.     Paragraph 29 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

30.     Paragraph 30 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

31.     Paragraph 31 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

32.     Paragraph 32 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

33.     Paragraph 33 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

34.     Paragraph 34 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to

1  which no response is required.  To the extent any further response is required, Defendant respectfully

2  directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

3  ## STATEMENT OF OPERATIVE FACTS

4  *FOIA Request One*

5  35.    Defendant admits that Plaintiff submitted one FOIA request dated January 27, 2021.  The

6  remaining allegations contained in Paragraph 35 consist of Plaintiff's characterization of its request, to

7  which no response is required.  Defendant respectfully refers the Court to the text of Plaintiff's FOIA

8  request for a full and accurate statement of its contents, and denies all allegations inconsistent therewith.

9  36.    Defendant admits that it received Plaintiff's FOIA request dated January 27, 2021.  The

10  remaining allegations contained in Paragraph 36 consist of Plaintiff's characterization of its request, to

11  which no response is required.  Defendant respectfully refers the Court to the text of Plaintiff's FOIA

12  request for a full and accurate statement of its contents, and denies all allegations inconsistent therewith.

13  37.    Defendant lacks sufficient information or knowledge to form a belief as to the truth or

14  falsity of the allegations contained in Paragraph 37, and on that basis denies them.

15  38.    Defendant lacks sufficient information or knowledge to form a belief as to the truth or

16  falsity of the allegations contained in Paragraph 38, and on that basis denies them.

17  39.    Defendant lacks sufficient information or knowledge to form a belief as to the truth or

18  falsity of the allegations contained in Paragraph 39, and on that basis denies them.

19  40.    Defendant lacks sufficient information or knowledge to form a belief as to the truth or

20  falsity of the allegations contained in Paragraph 40, and on that basis denies them.

21  41.    Defendant lacks sufficient information or knowledge to form a belief as to the truth or

22  falsity of the allegations contained in Paragraph 41, and on that basis denies them.

23  42.    With respect to Paragraph 42, Defendant admits the allegations.

24  43.    With respect to Paragraph 43, Defendant admits that it sent an email to Plaintiff on

25  January 29, 2021.  Defendant respectfully refers the Court to the text of that correspondence for a full

26  and accurate statement of its contents, and denies all allegations inconsistent therewith.

27  44.    With respect to Paragraph 44, Defendant admits that it sent an email to Plaintiff on

28  January 29, 2021.  Defendant respectfully refers the Court to the text of that correspondence for a full

1  and accurate statement of its contents, and denies all allegations inconsistent therewith.

2      45.    With respect to Paragraph 45, Defendant admits that it sent an email to Plaintiff on

3  January 29, 2021.  Defendant respectfully refers the Court to the text of that correspondence for a full

4  and accurate statement of its contents, and denies all allegations inconsistent therewith.  The remaining

5  allegations of Paragraph 45 contain Plaintiff's legal conclusions, to which no response is required.  To

6  the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA

7  and denies all allegations inconsistent therewith.

8      46.    With respect to Paragraph 46, Defendant admits that it received an email from Plaintiff

9  on April 15, 2021, regarding Plaintiff's FOIA request dated January 27, 2021.  Defendant respectfully

10 refers the Court to the text of that correspondence for a full and accurate statement of its contents, and

11 denies all allegations inconsistent therewith.

12     47.    With respect to Paragraph 47, Defendant admits that it sent an email to Plaintiff on April

13 28, 2021, in response to Plaintiff's email on April 15, 2021.  Defendant respectfully refers the Court to

14 the text of that correspondence for a full and accurate statement of its contents, and denies all allegations

15 inconsistent therewith.

16     48.    With respect to Paragraph 48, Defendant admits that it received an email from Plaintiff

17 on February 8, 2022, regarding Plaintiff's FOIA request dated January 27, 2021.  Defendant respectfully

18 refers the Court to the text of the correspondence for a full and accurate statement of its contents, and

19 denies all allegations inconsistent therewith.

20     49.    With respect to Paragraph 49, Defendant admits that it sent an email to Plaintiff on

21 February 11, 2022, in response to Plaintiff's email on February 8, 2022.  Defendant respectfully refers

22 the Court to the text of that correspondence for a full and accurate statement of its contents, and denies

23 all allegations inconsistent therewith.  The remaining allegations of Paragraph 49 contain Plaintiff's

24 legal conclusions, to which no response is required.  To the extent any response is required, Defendant

25 respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

26     50.    With respect to Paragraph 50, Defendant admits that as of the date of the Complaint, it

27 had not had any additional communications with Plaintiff since the date of Defendant's email to Plaintiff

28 on February 11, 2022.  The remaining allegation contained in Paragraph 50 consists of Plaintiff's

1   characterization of this action, to which no response is required.

2        51.    With respect to Paragraph 51, Defendant admits that as of the date of the Complaint, it

3   had not provided Plaintiff with a determination informing Plaintiff of whether Defendant would produce

4   documents related to Plaintiff's FOIA request, the reasons for its decision, and notice of Plaintiff's right

5   to appeal the decision to the head of the agency.  The remaining allegations of Paragraph 51 contain

6   Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required,

7   Defendant respectfully directs the Court to the cited provisions of FOIA and denies all allegations

8   inconsistent therewith.

9        52.    Paragraph 52 contains Plaintiff's legal conclusions, to which no response is required.  To

10   the extent any response is required, Defendant respectfully directs the Court to the cited provision of

11   FOIA and denies all allegations inconsistent therewith.

12        53.    With respect to Paragraph 53, Defendant admits the allegations.

13        54.    With respect to Paragraph 54, Defendant admits the allegations.

14        55.    Paragraph 55 contains Plaintiff's legal conclusions, to which no response is required.  To

15   the extent any response is required, Defendant respectfully directs the Court to the cited provisions of

16   FOIA and denies all allegations inconsistent therewith.

17        56.    With respect to Paragraph 56, Defendant lacks sufficient information or knowledge to

18   form a belief as to the truth or falsity of the allegation that Plaintiff "has been forced to retain the

19   services of counsel and to expend funds," and on that basis denies it.  The remaining allegations of

20   Paragraph 58 contain Plaintiff's legal conclusions, to which no response is required.  To the extent any

21   response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all

22   allegations inconsistent therewith.

23   *FOIA Request Two*

24        57.    Defendant admits that Plaintiff submitted a second FOIA request dated June 8, 2021.

25   The remaining allegations contained in Paragraph 57 consist of Plaintiff's characterization of its request,

26   to which no response is required.  Defendant respectfully refers the Court to the text of Plaintiff's FOIA

27   request for a full and accurate statement of its contents, and denies all allegations inconsistent therewith.

28        58.    Defendant admits that it received Plaintiff's FOIA request dated June 8, 2021.  The

1   remaining allegations contained in Paragraph 58 consist of Plaintiff's characterization of its request, to

2   which no response is required.  Defendant respectfully refers the Court to the text of Plaintiff's FOIA

3   request for a full and accurate statement of its contents, and denies all allegations inconsistent therewith.

4         59.      Defendant lacks sufficient information or knowledge to form a belief as to the truth or

5   falsity of the allegations contained in Paragraph 59, and on that basis denies them.

6         60.      Defendant realleges and incorporates by reference its responses to Paragraphs 39–41

7   above as though fully set forth herein.

8         61.      With respect to Paragraph 61, Defendant admits that it sent an email to Plaintiff on June

9   14, 2021, acknowledging Plaintiff's FOIA request dated June 8, 2021.  Defendant respectfully refers the

10  Court to the text of that correspondence for a full and accurate statement of its contents, and denies all

11  allegations inconsistent therewith.

12        62.      With respect to Paragraph 62, Defendant admits that it sent an email to Plaintiff on June

13  14, 2021, regarding Plaintiff's FOIA request dated June 8, 2021.  Defendant respectfully refers the Court

14  to the text of that correspondence for a full and accurate statement of its contents, and denies all

15  allegations inconsistent therewith.

16        63.      With respect to Paragraph 63, Defendant admits that it received an email from Plaintiff

17  on February 8, 2022, regarding Plaintiff's FOIA request dated June 8, 2021.  Defendant respectfully

18  refers the Court to the text of that correspondence for a full and accurate statement of its contents, and

19  denies all allegations inconsistent therewith.

20        64.      With respect to Paragraph 64, Defendant denies that its first response to Plaintiff's email

21  on February 8, 2022, regarding Plaintiff's FOIA request dated January 27, 2021, was on February 23,

22  2022.  Defendant admits that it sent an email to Plaintiff on February 23, 2022, regarding Plaintiff's

23  FOIA request dated January 27, 2021.  Defendant respectfully refers the Court to the text of that

24  correspondence for a full and accurate statement of its contents, and denies all allegations inconsistent

25  therewith.

26        65.      With respect to Paragraph 65, Defendant admits that it sent an email to Plaintiff on

27  February 23, 2022.  Defendant respectfully refers the Court to the text of that correspondence for a full

28  and accurate statement of its contents, and denies all allegations inconsistent therewith.

66.     With respect to Paragraph 66, Defendant admits that it received an email from Plaintiff on May 17, 2022, regarding Plaintiff's FOIA request dated June 8, 2021.  Defendant respectfully refers the Court to the text of the correspondence for a full and accurate statement of its contents, and denies all allegations inconsistent therewith.  The remaining allegation of Paragraph 51 contains Plaintiff's legal conclusions, to which no response is required.

67.     With respect to Paragraph 67, Defendant admits that it sent an email to Plaintiff on May 20, 2022, in response to Plaintiff's email on May 17, 2022.  Defendant respectfully refers the Court to the text of that correspondence for a full and accurate statement of its contents, and denies all allegations inconsistent therewith.

68.     Paragraph 68 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and denies all allegations inconsistent therewith.

69.     With respect to Paragraph 69, Defendant admits that as of the date of the Complaint, it had not had any additional communications with Plaintiff since the date of Defendant's email to Plaintiff on February 11, 2022.

70.     With respect to Paragraph 70, Defendant admits that as of the date of the Complaint, it had not provided Plaintiff with a determination informing Plaintiff of whether Defendant would produce documents related to Plaintiff's FOIA request, the reasons for its decision, and notice of Plaintiff's right to appeal the decision to the head of the agency.  The remaining allegations of Paragraph 70 contain Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the cited provisions of FOIA and denies all allegations inconsistent therewith.

71.     Paragraph 71 contains Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the cited provision of FOIA and denies all allegations inconsistent therewith.

72.     With respect to Paragraph 72, Defendant admits the allegations.

73.     With respect to Paragraph 73, Defendant admits the allegations.

74.     Paragraph 74 contains Plaintiff's legal conclusions, to which no response is required.  To

the extent any response is required, Defendant respectfully directs the Court to the cited provisions of FOIA and denies all allegations inconsistent therewith.

75.    With respect to Paragraph 75, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegation that Plaintiff "has been forced to retain the services of counsel and to expend funds," and on that basis denies it.  The remaining allegations of Paragraph 75 contain Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

## CAUSES OF ACTION

### COUNT I

76.    Defendant realleges and incorporates by reference its responses to Paragraphs 1–76 above as though fully set forth herein.

77.    The allegations contained in Paragraph 77 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

78.    With respect to Paragraph 78, Defendant admits that as of the date of the Complaint, it had not provided Plaintiff with a determination informing Plaintiff of whether Defendant would produce documents related to Plaintiff's FOIA requests, the reasons for its decision, and notice of Plaintiff's right to appeal the decision to the head of the agency.  The remaining allegations of Paragraph 78 contain Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the cited provisions of FOIA and denies all allegations inconsistent therewith.

79.    The allegations contained in Paragraph 79 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

80.    The allegations contained in Paragraph 80 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.  With respect to the

1  second sentence of this paragraph, Defendant lacks sufficient information or knowledge to form a belief

2  as to the truth or falsity of the allegation, and on that basis denies it.

3        81.    The allegations contained in Paragraph 81 consist of Plaintiff's legal conclusions, to

4  which no response is required.  To the extent any response is required, Defendant respectfully directs the

5  Court to the provisions of FOIA and denies all allegations inconsistent therewith.

6        82.    The allegations contained in Paragraph 82 consist of Plaintiff's legal conclusions, to

7  which no response is required.  To the extent any response is required, Defendant respectfully directs the

8  Court to the provisions of FOIA and denies all allegations inconsistent therewith.  With respect to the

9  remaining allegations of Paragraph 82, Defendant lacks sufficient information or knowledge to form a

10  belief as to the truth or falsity of those allegations, and on that basis denies them.

11  **COUNT II**

12        83.    Defendant realleges and incorporates by reference its responses to Paragraphs 1–82

13  above as though fully set forth herein.

14        84.    The allegations contained in Paragraph 84 consist of Plaintiff's legal conclusions, to

15  which no response is required.  To the extent any response is required, Defendant respectfully directs the

16  Court to the provisions of FOIA and denies all allegations inconsistent therewith.

17        85.    The allegations contained in Paragraph 85 consist of Plaintiff's legal conclusions, to

18  which no response is required.  To the extent any response is required, Defendant respectfully directs the

19  Court to the cited provisions of FOIA and denies all allegations inconsistent therewith.

20        86.    The allegations contained in Paragraph 86 consist of Plaintiff's legal conclusions, to

21  which no response is required.  To the extent any response is required, Defendant respectfully directs the

22  Court to the provisions of FOIA and denies all allegations inconsistent therewith.

23        87.    The allegations contained in Paragraph 87 consist of Plaintiff's legal conclusions, to

24  which no response is required.  To the extent any response is required, Defendant respectfully directs the

25  Court to the provisions of FOIA and denies all allegations inconsistent therewith.

26        88.    The allegations contained in Paragraph 88 consist of Plaintiff's legal conclusions, to

27  which no response is required.  To the extent any response is required, Defendant respectfully directs the

28  Court to the provisions of FOIA and denies all allegations inconsistent therewith.

89.     The allegations contained in Paragraph 89 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.  With respect to the remaining allegations of Paragraph 89, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of those allegations, and on that basis denies them.

90.     The allegations contained in Paragraph 90 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.  With respect to the remaining allegations of Paragraph 90, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of those allegations, and on that basis denies them.

91.     The allegations contained in Paragraph 91 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.  With respect to the remainder of Paragraph 91, Defendant denies the allegations.

**COUNT III**

92.     Defendant realleges and incorporates by reference its responses to Paragraphs 1–91 above as though fully set forth herein.

93.     The allegations contained in Paragraph 93 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

94.     The allegations contained in Paragraph 94 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

95.     The allegations contained in Paragraph 95 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.  With respect to the remaining allegations of Paragraph 95, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of those allegations, and on that basis denies them.

96.     The allegations contained in Paragraph 96 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

97.     The allegations contained in Paragraph 97 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.  With respect to the remainder of Paragraph 97, Defendant denies the allegations.

98.     The allegations contained in Paragraph 98 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.  With respect to the remaining allegations of Paragraph 98, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of those allegations, and on that basis denies them.

### REQUEST FOR RELIEF

The remainder of the Complaint consists of Plaintiff's request for relief, to which no response is required.  To the extent these paragraphs are deemed to contain factual allegations, Defendant denies those allegations and denies that Plaintiff is entitled to any relief.

### GENERAL DENIAL

Except to the extent expressly admitted or qualified above, Defendant denies each and every allegation contained in the Complaint.

### AFFIRMATIVE OR OTHER DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The information that Defendant has withheld or will withhold in response to Plaintiff's FOIA request may be exempt in whole or part from public disclosure under FOIA, 5 U.S.C. § 552(b), and the Privacy Act, 5 U.S.C. § 552a, *et seq.*, and Plaintiff is not entitled to compel the production of any records that are exempt from public disclosure under FOIA.

1

**THIRD AFFIRMATIVE DEFENSE**

2   The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief

3 authorized by FOIA.

4

**FOURTH AFFIRMATIVE DEFENSE**

5   Plaintiff's FOIA requests fail to reasonably describe the records sought.

6

**FIFTH AFFIRMATIVE DEFENSE**

7   Plaintiff has not alleged sufficient factual and/or legal bases for its request for attorneys' fees

8 and/or costs.

9

**<u>PRAYER FOR RELIEF</u>**

10   WHEREFORE, Defendant prays that:

11   1.  Plaintiff takes nothing by its Complaint;

12   2.  The Complaint be dismissed with prejudice;

13   3.  Judgment be entered in favor of Defendant;

14   4.  Defendant be awarded its costs of suit;

15   5.  The Court award such other and further relief as it may deem proper.

16

17 DATED:  September 12, 2022     Respectfully submitted,

18            STEPHANIE M. HINDS
              United States Attorney

19

            */s/ Savith Iyengar*

20            SAVITH IYENGAR
              Assistant United States Attorney

21

22            Attorneys for Defendant
              U.S. DEPARTMENT OF STATE

23

24

25

26

27

28