STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    savith.iyengar@usdoj.gov

Attorneys for Defendant
U.S. DEPARTMENT OF STATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendant. | No. 4:22-cv-04359-KAW<br><br>**CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c), defendant United States Department of State (the "State Department") hereby voluntarily **consents** to have Magistrate Judge Kandis A. Westmore conduct all further proceedings in this case, including trial and entry of final judgment. The State Department understands that appeal from the judgment shall be taken directly to the U.S. Court of Appeals for the Ninth Circuit.

DATED: September 13, 2022                    Respectfully submitted,

                                                    STEPHANIE M. HINDS
                                                    United States Attorney

                                                    */s/ Savith Iyengar*
                                                   SAVITH IYENGAR
                                                   Assistant United States Attorney