UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA RIGHT TO KNOW,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>            Defendant. | Case No. 4:22-cv-04359-KAW<br><br>**JOINT STATUS REPORT ORDER**<br><br>Re: Dkt. No. 21 |

On January 27, 2023, the Court signed the parties' stipulation regarding case management and FOIA record production. (Dkt. No. 21.)

To keep the Court informed of their progress, the parties are ordered to file a joint status report on or before September 1, 2023, and every 180 days thereafter.

IT IS SO ORDERED.

Dated: August 15, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge