ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36045
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   savith.iyengar@usdoj.gov

Attorneys for Defendant
U.S. DEPARTMENT OF STATE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | No. 4:22-cv-04359-KAW |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, | |
| Defendant. | |

Plaintiff US Right to Know ("Plaintiff") and defendant United States Department of State ("Defendant" or "State Department"), by and through their undersigned counsel, respectfully submit this joint status report pursuant to this Court's Joint Status Report Order dated August 15, 2023, which ordered the parties to file a joint status report by September 1, 2023 and every 180 days thereafter to keep the Court informed of their progress in processing records as set forth in the parties' stipulation regarding case management and FOIA record production, dated January 27, 2023.  ECF No. 24.

As noted in the parties' stipulation, prior to the stipulation, the State Department made two releases of responsive, non-exempt records to Plaintiff.  *See* ECF No. 21 at 1–2.  The State Department processed records at a rate of 450 pages every 6 weeks in connection with its first release on October 28, 2022, and at a rate of 500 pages every 6 weeks for its second release on December 9, 2022.  *Id.*

Pursuant to the stipulation, the State Department increased its processing rate to 700 pages per month, with releases of responsive, non-exempt records by the end of each month, starting on February 28, 2023. *Id.* at 2. Since the date of the parties' stipulation, the State Department has processed records in accordance with the stipulation and released responsive, non-exempt records to Plaintiff on January 23, March 1, March 31, April 28, May 30, June 30, July 31, and August 31, 2023. This processing of records remains ongoing. Accordingly, the parties will respectfully submit their next joint status report to this Court with an update on their progress in 180 days, as ordered, i.e., on or before February 28, 2024.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

Dated: August 31, 2023   By:   */s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney
Attorneys for Defendant

PUBLIC JUSTICE FOUNDATION

Dated: August 31, 2023   By:   **\*/s/ Daniel C. Snyder*
DANIEL C. SNYDER, *pro hac vice*
Attorneys for Plaintiff

GREENFIRE LAW, PC

Dated: August 31, 2023   By:   **\*/s/ Lily A. Rivo*
LILY A. RIVO
Attorneys for Plaintiff

\*\* Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document has obtained approval from these signatories.