ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    savith.iyengar@usdoj.gov

Attorneys for Defendant
U.S. DEPARTMENT OF STATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | No. 4:22-cv-04359-KAW |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, | |
| Defendant. | |

Plaintiff US Right to Know ("Plaintiff") and defendant United States Department of State ("Defendant" or "State Department"), by and through their undersigned counsel, respectfully submit this joint status report pursuant to this Court's Joint Status Report Order dated August 15, 2023, which ordered the parties to file a joint status report by September 1, 2023 and every 180 days thereafter to keep the Court informed of their progress in processing records as set forth in the parties' stipulation regarding case management and FOIA record production ("Stipulation"), dated January 27, 2023. ECF No. 24. The parties filed their first joint status report on August 31, 2023. ECF No. 25.

As noted in the parties' first joint status report, prior to the Stipulation, the State Department made two releases of responsive, non-exempt records to Plaintiff. *See* ECF No. 21 at 1–2. The State Department processed records at a rate of 450 pages every 6 weeks in connection with its first release on

1  October 28, 2022, and at a rate of 500 pages every 6 weeks for its second release on December 9, 2022.
2  *Id.*
3       Pursuant to the Stipulation, the State Department increased its processing rate to 700 pages per
4  month, with releases of responsive, non-exempt records by the end of each month, starting on February
5  28, 2023. *Id.* at 2. Since the date of the Stipulation, the State Department has processed records in
6  accordance with the stipulation and released responsive, non-exempt records to Plaintiff on January 23,
7  March 1, March 31, April 28, May 30, June 30, July 31, August 31, September 29, October 31,
8  November 30, and December 29, 2023, and January 31, 2024. This processing of records remains
9  ongoing, at a rate of 700 pages per month. Accordingly, the parties will respectfully submit their next
10 joint status report to this Court with an update on their progress in 180 days, as ordered, i.e., on or before
11 August 26, 2024.

                                                  Respectfully submitted,

                                                  ISMAIL J. RAMSEY
                                                  United States Attorney

Dated: February 27, 2024        By:    */s/ Savith Iyengar*
                                                  SAVITH IYENGAR
                                                  Assistant United States Attorney
                                                  Attorneys for Defendant


                                                  PUBLIC JUSTICE FOUNDATION

Dated: February 27, 2024        By:    **/s/ Daniel C. Snyder*
                                                  DANIEL C. SNYDER, *pro hac vice*
                                                  Attorneys for Plaintiff


                                                  GREENFIRE LAW, PC

Dated: February 27, 2024        By:    **/s/ Lily A. Rivo*
                                                  LILY A. RIVO
                                                  Attorneys for Plaintiff

                                                  ** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document
                                                     has obtained approval from these signatories.