CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    savith.iyengar@usdoj.gov

Attorneys for Defendant
U.S. DEPARTMENT OF STATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendant. | No. 4:22-cv-04359-KAW<br><br>**JOINT STATUS REPORT** |

Plaintiff US Right to Know ("Plaintiff") and defendant United States Department of State ("Defendant" or "State Department"), by and through their undersigned counsel, respectfully submit this joint status report pursuant to this Court's Joint Status Report Order dated August 15, 2023, which ordered the parties to file a joint status report by September 1, 2023 and every 180 days thereafter to keep the Court informed of their progress in processing records as set forth in the parties' stipulation regarding case management and FOIA record production ("Stipulation"), dated January 27, 2023. ECF No. 24. The parties filed their first joint status report on August 31, 2023, their second status report on February 27, 2024, their third status report on August 6, 2024, their fourth status report on February 24, 2025, and their fifth status report on August 25, 2025. ECF Nos. 25, 26, 27, 29, 30.

As noted in the parties' joint status reports, prior to the Stipulation, the State Department made

two releases of responsive, non-exempt records to Plaintiff. *See* ECF No. 21 at 1–2. The State Department processed records at a rate of 450 pages every 6 weeks in connection with its first release on October 28, 2022, and at a rate of 500 pages every 6 weeks for its second release on December 9, 2022. *Id.*

Pursuant to the Stipulation, the State Department increased its processing rate to 700 pages per month, with releases of responsive, non-exempt records by the end of each month, starting on February 28, 2023. *Id.* at 2. Since the date of the Stipulation, the State Department processed records in accordance with the stipulation and released responsive, non-exempt records to Plaintiff on January 23, March 1, March 31, April 28, May 30, June 30, July 31, August 31, September 29, October 31, November 30, and December 29, 2023, and January 31, February 29, March 29, April 30, May 31, June 28, July 31, August 30, September 30, October 31, November 29, and December 31, 2024, and January 31, February 28, March 31, April 30, May 30, July 1, and July 31, 2025.

In their last status report on August 25, 2025, the parties reported that the State Department was awaiting the return of material sent to external agencies for consultation and had otherwise completed its processing, and would promptly process the remaining records once they were returned and release any nonexempt portions. Since that time, the State Department has processed these records and released responsive, non-exempt records to Plaintiff on September 30, November 28, and December 31, 2025, and on January 30 and February 19, 2026. With its most recent release, the State Department conveyed to Plaintiff that it had referred nine records originating with other federal agencies to those agencies with a request to respond to Plaintiff directly upon making a release determination, and had otherwise completed the processing of records. The parties intend to meet and confer regarding the State Department's referral of records and whether processing is now complete. Plaintiff notes that, to the extent it is the State Department's position that it may lawfully refer records in this matter and that doing so completes its processing, Plaintiff disagrees.

Accordingly, and to allow the parties to meet and confer regarding next steps and to resolve any outstanding issues without necessitating the Court's involvement, the parties will respectfully submit their next joint status report to this Court with an update on their progress in 180 days, as ordered, i.e., on or before August 24, 2026.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | CRAIG H. MISSAKIAN<br>United States Attorney |
| Dated: February 20, 2026 | By: | */s/ Savith Iyengar*<br>SAVITH IYENGAR<br>Assistant United States Attorney |
|   |   | Attorneys for Defendant |
|   |   | PUBLIC JUSTICE FOUNDATION |
| Dated: February 20, 2026 | By: | **\*\****/s/ Daniel C. Snyder*<br>DANIEL C. SNYDER, *pro hac vice* |
|   |   | Attorneys for Plaintiff |
|   |   | GREENFIRE LAW, PC |
| Dated: February 20, 2026 | By: | **\*\****/s/ Richard Brody*<br>RICHARD BRODY |
|   |   | Attorneys for Plaintiff |

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from these signatories.